UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Max Touhey,

                    Plaintiff(s),

        -against-

Sherland & Farrington, Inc.,

                    Defendant(s).

------------------------------------x

25 CV 4575 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than March 30, 2026 of the status of the action/remaining claims/defendants.


SO ORDERED.


_____

LORETTA A. PRESKA,

Senior U.S.D.J.


Dated: 3/23/26

New York, New York