

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

March 26, 2026

***Via ECF***
Hon. Loretta A. Preska
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

  Re: *Max Touhey v. Sherland & Farrington, Inc.*
    Docket No: 1:25-cv-04575-LAP

Dear Judge Preska:

  We are the attorneys for plaintiff Max Touhey ("*Plaintiff*") in this matter and write to respectfully inform the Court of the current status of the above mentioned matter. After filing the Request for a Certificate of Default (Dkts 9 – 11), Plaintiff made additional attempts to locate and communicate with the defendant Sherland & Farrington Inc ("*Defendant*"). Unfortunately, those attempts were proven futile.

  At this time, Plaintiff requests 45 days to prepare and file its Motion for Default Judgment as against the Defendant.

  Thank you for your time and consideration of this request. We look forward to further instruction from Your Honor.

SO ORDERED.

*Loretta A. Preska*
Loretta A. Preska, U.S.D.J.
March 30, 2026

Respectfully submitted,

/s *Dina Nouhian*
Dina Nouhian