**SANDERS** · LAW GROUP ·

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

May 20, 2026

**SO ORDERED.** The dial in is
1-855-244-8681 and the access
code is 231-900-63202. The Clerk
of Court shall close docket
number 28.

*Loretta A. Preska*
_____
Loretta A. Preska, U.S.D.J.
May 22, 2026

***Via ECF***

Hon. Loretta A. Preska, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

   Re: *Max Touhey v. Sherland & Farrington, Inc.*
      Docket No: 1:25-cv-04575-LAP

Dear Judge Preska:

  We are the attorneys for the plaintiff Max Touhey ("*Plaintiff*") in this matter and write to respectfully request <u>leave to appear remotely for the hearing to consider Plaintiff's motion for a default judgment which is presently to be conducted in person on May 26, 2026 at 11:40 am</u> pursuant to the Court's Order to Show Cause (*Dkt. No*. 25).

  As good cause for this request, Plaintiff states that he does not intend to present any evidence at the hearing other than that which has been filed with the motion, and that the parties can adequately advocate their respective interests remotely, should the defendant choose to participate which, to date, it has not. Additionally, there would be no prejudice shown since the defendant Sherland & Farrington, Inc. ("*Defendant*") has not made an appearance in this action and has not otherwise contacted this office, despite having been duly served in accordance with Your Honor's Order to Show Cause. Further, Plaintiff respectfully submits that a remote appearance would limit the fees and expenses that would otherwise be incurred should a physical appearance be required for this conference, avoiding raising the expense of the case and permitting more resources to be expended towards settlement discussions in the event the Defendant does appear.

  Thank you for your consideration of this request. We look forward to further instruction from Your Honor.

       Respectfully submitted,

       /s *Dina Nouhian*
       Dina Nouhian