## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MAX TOUHEY,

               Plaintiff,

v.

SHERLAND & FARRINGTON, INC.,

               Defendant.

Case No.: 1:25-cv-04575-LAP

### DEFAULT JUDGMENT

Upon consideration of the motion for default judgment filed by the plaintiff, Max Touhey ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel, Dina Nouhian, Esq., together with the exhibits attached thereto, the declaration of Max Touhey and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1.     Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Sherland & Farrington Inc. ("Defendant");

2.     Defendant is to pay the sum of $30,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement;

3.     Defendant is to pay $9,037.50 in attorneys' fees and $472.80 in costs pursuant to 17 U.S.C. § 505;

4.     Defendant is to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961; and

5.     The Court shall retain jurisdiction over any matter pertaining to this judgment

The Clerk of Court shall close docket numbers 17 and 24 and mark this action closed and all

other pending motions denied as moot.

New York, NY
Dated: *May 26, 2026*

**SO ORDERED**

Hon. Loretta A. Preska
United States District Judge